BEACH • WHITMAN, LLP
760 PASEO CAMARILLO, SUITE 350
CAMARILLO, CALIFORNIA 93010
TELEPHONE: (805) 388-3100
FACSIMILE: (805) 388-3414

Thomas E. Beach - CA Bar No. 096321
Andrew K Whitman - CA Bar No.128358
Rebecca Blackstone Lowell - CA Bar No. 179537
mail@beachwhitman.com
Attorneys for Defendant
EVERGREEN AT CARSON CITY, L.L.C.
dba EVERGREEN CARSON CITY HEALTH and
REHABILITATION CENTER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIENE ROBERTA TURNER, personally as child and heir of ELEANORA EMMA SHEARER, and CHARLIENE ROBERTA TURNER, in her capacity as personal representative of the Estate of ELEANORA EMMA SHEARER,<br><br>    Plaintiff,<br>vs.<br><br>EVERGREEN AT CARSON CITY, L.L.C. dba EVERGREEN CARSON CITY HEALTH and REHABILITATION CENTER DOES I through X, Individuals; RED PARTNERSHIPS I-X, partnerships, and BLUE CORPORATIONS I-X, corporations,<br><br>    Defendants. | U.S. DISTRICT COURT CASE NO: 3:05CV-622<br><br>DISTRICT (STATE) COURT CASE NO: 05-01281A<br>DEPT NO:    I<br><br>**NOTICE OF STAY OF DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant EVERGREEN AT CARSON CITY, L.L.C. dba EVERGREEN CARSON CITY HEALTH and REHABILITATION CENTER requests that its NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES be stayed pending settlement of this matter. Plaintiff and defendant have agreed to settle all claims and are in the process of finalizing the Release Agreement. When the Release Agreement is signed, Defendant will withdraw its motion. Defendant is unwilling

to withdraw its motion until the release is signed.

Dated: August 2, 2006

BEACH • WHITMAN, LLP

BY: _____
Thomas E. Beach
Andrew K. Whitman
Rebecca Blackstone Lowell
Attorneys of record for Defendant
EVERGREEN AT CARSON CITY, L.L.C. dba
EVERGREEN CARSON CITY HEALTH and
REHABILITATION CENTER

A stay is granted for forty-five (45) days from entry of this Order. A Joint Status Report shall be filed by the parties if this action is not settled in full by the forty-fifth (45th) day from entry of this Order.

IT IS SO ORDERED.

DATED this 4th day of August, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2

NOTICE OF STAY